CLERKS OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED
9/25/2026
LAURA A. AUSTIN, CLERK
BY: s/ ARLENE LITTLE
DEPUTY CLERK

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF VIRGINIA**
**LYNCHBURG DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br><br>and<br><br>COMMONWEALTH OF VIRGINIA,<br><br>Plaintiffs,<br><br>v.<br><br>NEGRIL INCORPORATED;<br>TAMMY WARREN, AS EXECUTOR OF THE ESTATE OF KIRBY WRIGHT; and TAMMY WARREN (a/k/a TAMMY WRIGHT-WARREN), individually;<br><br>Defendants. | ) | Civil Action No. 6:26-cv-00066 |

## CONSENT JUDGMENT

The Court finds that the Plaintiffs in this action, the United States of America and the Commonwealth of Virginia (the "Government"), and the Defendants in this action, Negril Incorporated, Tammy Warren as Executor of the Estate of Kirby Wright, and Tammy Warren a/k/a Tammy Wright-Warren individually (the "Defendants") (collectively, the "Parties"), consent to the entry of this Judgment under the terms and conditions of the Settlement Agreement entered into by and between the Government and Defendants with an effective date of September 21, 2026, and agree that this Judgment should be entered in favor of the Government pursuant to said Settlement Agreement. It is, therefore,

**ORDERED, ADJUDGED AND DECREED** that pursuant to the above-referenced Settlement Agreement, the Government has a Judgment against Defendants, jointly and severally, for One Million Eight Hundred Seventeen Thousand Nine Hundred Ten Dollars and

Sixty Cents ($1,817,910.60) (the "Settlement Amount"). Under the circumstances described in Paragraph 14 of the Settlement Agreement (concerning an event of "Uncured Default"), the Government may exercise any and all rights and remedies available to it based upon this Judgment, or otherwise pursuant to the terms of the Settlement Agreement, to pursue and recover the Settlement Amount from and against Defendants, or any one of them, less any payments received pursuant to Paragraph 1 of the Settlement Agreement and the Schedule of Payments incorporated therein, plus interest thereon at the rate of 12% per annum compounded daily from the date of Uncured Default on the total remaining unpaid Settlement Amount, for all of which the Government may have its execution.

The Court retains jurisdiction over this action for purposes of enforcing compliance with the Settlement Agreement and the terms of this Consent Judgment, and the Court directs the entry of this Judgment as a final order pursuant to Federal Rule of Civil Procedure 54.

Entered this 25th day of September, 2026.

NORMAN K. MOON
SENIOR UNITED STATES DISTRICT JUDGE